[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
APRIL 3, 2006
THOMAS K. KAHN
CLERK

No. 04-15956
Non-Argument Calendar
_____

D. C. Docket No. 04-00082-CR-CO-S

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MELITON LOPEZ SOLIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

**(April 3, 2006)**

Before CARNES, BARKETT and PRYOR, Circuit Judges.

PER CURIAM:

Temo Lopez, counsel for Meliton Lopez Solis in this direct criminal appeal,

has moved to withdraw from further representation of appellant and filed a brief pursuant to Anders v. California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Solis's conviction and sentence are **AFFIRMED**.